IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

LANCE ADAM GOLDMAN,
        Petitioner,
    v.                                  **Judgment in a Civil Case**
SORRALL SAUNDERS,
        Respondent.              Case Number: 5:12-HC-2203-BO

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for an initial review pursuant to Rule 4 of the Rules Governing § 2254 cases in the United States District Court.§ 2243).

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice as duplicative.

This Judgment Filed and Entered on August 28, 2012, with service on:
Lance Adam Goldman  0822742, Scotland Correctional Center, P.O. Box 1808, Laurinburg, NC 28353 (via U.S. Mail)

August 28, 2012                                          /s/ Julie A. Richards
                                                              Clerk